FILED

02/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0630

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | | |
|---|---|---|
| In re the Marriage of: | ) | CAUSE NO. DA 21- 0630 |
| | ) | |
| DAVINA ATTAR-WILLIAMS, | ) | |
| | ) | |
| | ) | **ORDER** |
| Petitioner/Appellant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| | ) | |
| STEVEN THOMAS WILLIAMS, | ) | |
| | ) | |
| Respondent/Appellee. | ) | |

Appellant has filed a motion for extension of time to file her opening brief. Appellee opposes the motion.  Good cause appearing,

Appellant's motion to continue is granted.  Appellant must file her Opening Brief on or before the March 23, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 18 2022